**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Eldridge, | No. CV-18-02557-PHX-DWL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Alfred Oswald, et al., | |
| Defendants. | |

On March 21, 2019 and April 5, 2019, Plaintiff filed duplicative Motions (Docs. 35, 40) that seek to stay this proceeding. Plaintiff explains that not only has he been suffering medical and mental health issues, but his legal documents were damaged in a flood in his cell. Plaintiff also states that he is not receiving his legal mail on time. Plaintiff requests that the Court stay this proceeding until these issues are resolved. Defendants take no position on Plaintiff's request. (Docs. 39, 43). For good cause shown, the Court will grant Plaintiff's Motion (Doc. 35) to the extent set forth herein. Plaintiff's duplicative Motion (Doc. 40) will be stricken.

Accordingly,

**IT IS ORDERED** granting Plaintiff's March 21, 2019 Motion (Doc. 35) to the extent set forth herein.

**IT IS FURTHER ORDERED** extending the discovery deadline to **August 12,**

**2019**. The dispositive motion deadline is extended to **September 12, 2019**.

**IT IS FURTHER ORDERED** striking Plaintiff's April 5, 2019 Motion (Doc. 40).

Dated this 10th day of May, 2019.

_____
Eileen S. Willett
United States Magistrate Judge